No. 740. MARTHA L. STINE, PLAINTIFF IN ERROR, *v.*
MISSOURI STATE LIFE INSURANCE COMPANY. In error to
the District Court of the United States for the Eastern
District of Missouri. Motion to dismiss submitted
February 21, 1916. Decided February 28, 1916. *Per
Curiam.* Dismissed for want of jurisdiction upon the
authority of *Cornell* v. *Green,* 163 U. S. 75, 79–80; *Arkansas*
v. *Schlierholz,* 179 U. S. 598, 601; *Lampasas* v. *Bell,* 180

U. S. 276, 282; *Itow* v. *United States*, 233 U. S. 581, 583–584. *Mr. Frederick N. Judson* and *Mr. John F. Green* for the plaintiff in error. *Mr. James C. Jones* for the defendant in error.